IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA, NORTHERN DIVISION

RECEIVED
2006 JUN -2 A 10: 04

CALVIN BERNARD BROOKS, )
   PLAINTIFF, )
VS. ) CASE NO. 2:06cv499-MHT
GOVERNOR BOB RILEY, ET.AL. ) CIVIL ACTION SECT. 42 U.S.C. 1983
   DEFENDANTS, )

## PLAINTIFF'S SUPPORTING AFFIDAVIT IN SUPPORT OF COMPLAINT

Before Me the undersigned Authority in the State of Alabama, County of Barbour. Personally appeared the Plaintiff Calvin Bernard Brooks, who by Me being first duly sworn and says under oath as follows:

My name is Calvin Bernard Brooks, I am the plaintiff herein and have personal knowledge of the facts and evidence in this matter. I am over the age of 21 and am competent to testify to the same.

On the 15th. day of Sept. 2000. I was forced to the easterling Correctional facility in clio, alabama after being attacked by an inmate named Jimmy Smiley, who later told coffee county officials that he was told by Elba Work release Staff to pick a fight with me to have me transferred from the work release due to a civil and criminal complaint I had filed therein.

I was placed in a holding cell per instruction of Gwendolyn Mosley, tracy Brown and warden Estes. The first thing they did was to put me in a cell that did not have running water and I was forced to drink from the tolet. I was given blood pressure medication by an Nurse and the same was taken.

I was transfered to Holman prison after spending over a year in segragation. On the 14th. day of Sept. 2004, I was brought back to Easterling Per order of Gwendolyn Mosley for further punishment. On the 5th. day of April 2005, I was placed in segragation hot dorm for having other inmates legal files in my possesion. Officer Brian gavin, Lt. Bryant, Sgt., Logan, Sgt. Woods, Lt. Wilson, all came up with the plan to stop me from using the inmate law library because I had came into some documents that showed that the staff here was using the law library for their own personal gain and was using Inmate Eddie Lyles as their fund raiser.

Upon being placed in said segregation unit for false reasons. The first thing they did was to take my bloods pressure medication for me to suffer as they say for being nosey. The type of unreasonable force that was used to take My legal papers was uncalled for.

In support of these statements.I submit Plaintiff's exibit 1,which is a copy of the affidavit to the United States Attorney's Office.Further I filed a letter and complaint to the law firm of james Gardner, exibit two and submit the forged affidavits that was used by Officer gavin,Lt.Bryant.exibit 3.I further states that after being placed in Segragation.I was written a false citation by Sgt.Logan and Lt.Bryant.In said citation, the policy at this facility is that We must take drug and alcohol treatment or receive additional disciplainaies.exibit 5.

In reviewing this case, the court is asked to consider the forged affidavit of a fake doctor named Ann Williams, who is really a member of the organization of Lyles and Gavin.exibit 6.At this facility, the defendant cause a threatening situation by forcing inmates to take this fake drug program or face remaining at easterling, exibit 7.I also submit a forged order alleging to be from Judge Myron Thompson.To punish the plaintiff for seeking redress in the courts. The defendant Mosley,saw that the plaintiff's blood pressure medication was taken.exibit 9.To trick inmates to hire Inmate Eddie Lyles, the defendants Mosley, Lt.Bryant,Officer Gavin,used forged summons,forged hearing documents and a forged subpoena. exibits 10,11,12.

To seek the truth about what was happening, I filed a complaint against Mr.James gardner, because he refused to tell me the truth as to if these people were working for him.He filed a response to the alabama bar stating he had nothing to do with the defendants and filed a criminal complaint to the district attorney's office.exibit 13.I also filed a complaint one of several to Sgt.Ed Sasser, who only cover up officers wrong doing's and blaim inmates who complain. exibit 14.After being the victim of Sgt.Woods, I filed a request for information about other attacks he was involved in, in the free world.I obtained a letter from the city of troy and filed a response thereto.exibits 15,16,17.

Since I have been at this facility, the defendants warden Mosley,Lt.Bryant and her staff has an Anti-Inmate Litigation Policy, in which punishes inmates who assist other in legal actions.exibit 18. The court of criminal appeals granted all my motions for lesser copies as to this policy.exibits 19,20.The defendants has gave Prison health services permission to use expermental drugs on inmates at this facility and all others in alabama for profit.They also make inmates sign release forms so that the deaths are not contributed to the defendants and their investors.exibits 21,22.The defendants use false information in classifications to keep inmates here for their security.exibit 23.

The plaintiff has filed many complains about being denied access to the law library.exibit 24, with no results.And when the plaintiff begain having several sist rise on his face and body, the defendants Nurse Bush,Nurse McKissic,Dr.Darbouze,refuse to treat the same.exibit.In retalliation for the plaintiff seeking justice, the defendants refuse to allow him to see the instituional parole officer in a timely manner.exibit.26.

The plaintiff is victim of the most serious crimes against aN american citizen by any government agency.The defendants are trying to instigate a fight with the plaintiff so that they can once again put up one of their inmates to attack him and lie about he assaulted the other inmates as was done in 2000.

Based on the forgoing evidence, the plaintiff has established an entitlement to relief and to proceed in forma pauris under 28 U.S.C.A.1915.

  FURTHER SAITH NOT

SWORN TO THIS THE 30th DAY OF May 2006.

_____
PLAINTIFF

_____
NOTARY PUBLIC

DONALD SIMMONS
Notary Public, AL State at Large
My Comm. Expires Aug. 3, 2009

COMMISSION EXPIRES