M/D-5

/9

RECEIVED
2006 JUN -2 A 10: 03

DORA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

Calvin Brooks  )
_____ )
_____ )
_____ )
_____ )
    Plaintiff(s) )
              )      2:06cv499-MHT
     v.       )
              )
Tyrone Barrow     )
Gwendolyn Mosley  )
Comm Allen        )
Gov. Bob Riley    )
    Defendant(s)  )

## MOTION TO PROCEED _IN FORMA PAUPERIS_

Plaintiff(s) _Calvin Brooks_ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
Plaintiff(s) signature

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

<u>AFFIDAVIT IN SUPPORT OF REQUEST</u>
<u>TO PROCEED IN FORMA PAUPERIS</u>

RECEIVED
2006 JUN -2 A 10: 04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Calvin Brooks, 137190
Plaintiff(s)

vs.

Warden Mosley, C.T.M.
Defendant(s)

2:06cv499-MHT

I, Calvin Brooks, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   _____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   9-14-06
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( ) NO (✓)

   B. Rent payments, interest or dividends? YES ( ) NO (✓)

   C. Pensions, annuities or life insurance payments? YES ( ) NO (✓)

   D. Gifts or inheritances? YES ( ) NO (✓)

   E. Any other sources? YES (✓) NO ( )

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
   My family send me $5.00 per month

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.] YES (✓) NO ( )

   If the answer is YES, state the total value of the items owned. .32¢

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( ) NO (✓)

   If the answer is YES, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. Calvin Brooks

_____
Signature of Affiant

STATE OF ALABAMA )
COUNTY OF BARBOUR )

Before me, a notary public in and for said County, in said State, personally appeared Calvin Brooks, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me this 30th day of May, 2006

DONALD SIMMONS
Notary Public, AL State at Large
My Comm. Expires Aug. 3, 2009

_____
Notary Public
Barbour County, Alabama

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2-22-06   .
                (date)

_____
Signature of Affiant

137/90

CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 0.36 on account to his credit at the   Easterling   institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

See attached

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

See attached

Myra K. Peters Act Clerk
Authorized Officer of Institution

DATE   2-24-06

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR FACILITY

AIS #: 137190      NAME: BROOKS, CALVIN BERNARD      AS OF: 02/24/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| FEB | 4  | $0.08  | $0.00  |
| MAR | 31 | $3.96  | $50.00 |
| APR | 30 | $6.49  | $22.00 |
| MAY | 31 | $2.08  | $0.00  |
| JUN | 30 | $13.73 | $58.00 |
| JUL | 31 | $9.66  | $0.00  |
| AUG | 31 | $5.13  | $22.00 |
| SEP | 30 | $1.16  | $16.00 |
| OCT | 31 | $1.85  | $2.00  |
| NOV | 30 | $2.11  | $0.00  |
| DEC | 31 | $2.11  | $0.00  |
| JAN | 31 | $6.65  | $26.00 |
| FEB | 24 | $1.20  | $0.00  |