06cv499

Brooks vs Barrow, et al

Stricken from Docket

Docketing error

Please disregard Doc #5

Filed on 6/5/06