IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CALVIN BERNARD BROOKS,       )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )        2:06cv499-MHT
                             )            (WO)
TYRONE BARROW, et al.,       )
                             )
    Defendants.              )

OPINION

Pursuant to 42 U.S.C.A. § 1983, plaintiff, a state inmate, filed this lawsuit challenging certain alleged prison practices, some of which the magistrate judge described as "incredible" and "delusional"; they are also conclusory.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice under the three-strikes rule.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that plaintiff's objections should be overruled

and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of June 2006.


                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE